UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| VITALLIANCE CORPORATION,<br><br>                       Plaintiff,<br><br>v.<br><br>I+SOLUTIONS, a Dutch company,<br><br>                       Defendant. | CASE NO. 3:20-CV-00002 |

**CERTIFICATE OF INTERESTED PERSONS AND**
**CORPORATE DISCLOSURE STATEMENT**

Pursuant to Fed. R. Civ. P. 7.1 and LR 3.1(c), Plaintiff Vitalliance Corporation respectfully submits the following list of persons, associated persons, firms, partnerships, or corporations that have s financial interest in the outcome of this case, including subsidiaries, conglomerates, affiliates, parent corporations, and other identifiable legal entities related to a party, and corporate disclosure:

(a)      For Plaintiff: VITALLIANCE CORPORATION. One Network Enterprises, Inc. and Imperial Capital are parent companies.

(b)      For Defendant: I+SOLUTIONS. International Dispensary Association Foundation, as a related party or parent corporation.

(c)      Counsel for all parties involved in this case.

(d)      The Global Fund.

DATED this 2nd day of January 2020.

**Certificate of Interested Persons and Corporate Disclosure Statement – Page 1 of 2**
*Vitalliance Corporation v. i+solutions*

Respectfully submitted,

/s/Clement Osimetha
CLEMENT OSIMETHA
Texas Bar No. 00794407
GRABLE MARTIN FULTON PLLC
Counsel for Plaintiff
4475 Trinity Mills Road, #701324
Dallas, Texas 75370
Tel: (214) 808-1010
Fax: 1 (877) 259-0092
Email: cosimetha@grablemartin.com

**Certificate of Interested Persons and Corporate Disclosure Statement – Page 2 of 2**
*Vitalliance Corporation v. i+solutions*