UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| VITALLIANCE CORPORATION,<br><br>       Plaintiff,<br><br>v.<br><br>I+SOLUTIONS, a Dutch company,<br><br>       Defendant. | CASE NO. 3:20-CV-00002 |

## SUMMONS IN A CIVIL ACTION

To:    I+SOLUTIONS, a Dutch company
      C/O E.A Monchen
      Polanerbaan 11, 3447 GN Woerden, The Netherlands

  A lawsuit has been filed against you.

  Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

  Grable Martin Fulton, PLLC
  Clement Osimetha
  4475 Trinity Mills Road, #701324
  Dallas, Texas 75370

  If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

                    *CLERK OF COURT*

Date: _____       _____
                              *Signature of Clerk or Deputy Clerk*

**Summons in a Civil Action – Page 1**
*Vitalliance Corporation v. i+solutions*