UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

VITALLIANCE CORPORATION,

                       Plaintiff,              CASE NO. 3:20-CV-00002

    v.

I+SOLUTIONS, a Dutch company,

                       Defendant.

## SUMMONS IN A CIVIL ACTION

To:           I+SOLUTIONS, a Dutch company
              C/O E.A Monchen
              Polanerbaan 11, 3447 GN Woerden, The Netherlands

    A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

        Grable Martin Fulton, PLLC
        Clement Osimetha
        4475 Trinity Mills Road, #701324
        Dallas, Texas 75370

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____          _____

                                                   *Signature of Clerk or Deputy Clerk*