IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| VITALLIANCE CORPORATION, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| i+SOLUTIONS, *a Dutch company*, ) | |
| ) | |
| Defendant. ) | Civil Action No. 3:20-CV-0002-C |

## ORDER

On this day, the Court considered the Parties' Joint Stipulation of Dismissal with Prejudice, filed March 10, 2020, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

**IT IS THEREFORE ORDERED** that all claims asserted in the above-styled and -numbered civil action be **DISMISSED WITH PREJUDICE** with costs taxed against the party incurring the same. **IT IS FURTHER ORDERED** that Defendant's Motion to Dismiss be **DENIED AS MOOT**.

SO ORDERED this 12th day of March, 2020.

_____
SAM R. CUMMINGS
SENIOR UNITED STATES DISTRICT JUDGE