IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| VITALLIANCE CORPORATION, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| i+SOLUTIONS, *a Dutch company*, | ) |
| | ) |
| Defendant. | ) Civil Action No. 3:20-CV-0002-C |

## JUDGMENT

For the reasons stated in the Court's Order of even date,

**IT IS ORDERED, ADJUDGED, AND DECREED** that the above-styled and - numbered civil action be **DISMISSED** with prejudice.

SIGNED this 12 day of March, 2020.

SAM R. CUMMINGS
SENIOR UNITED STATES DISTRICT JUDGE